UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHANIEL L. HOLMES,<br><br>         *Defendant*. | 1:21-cr-00416 (RDM) |

**NATHANIEL L. HOLMES'S NOTICE OF TRIAL READINESS**

On March 21, 2022, the Court ordered Mr. Holmes to provide notice of his expert's readiness and availability to proceed to trial on May 3, 2022.

Given the government's continued production of Rule 16 discovery, the trial schedule and readiness of Mr. Holmes' experts and his defense team, Mr. Holmes is unable to be ready to proceed to trial on May 3, 2022.

We thank the Court for its time and consideration in this matter.

Dated: April 2, 2022                          Respectfully Submitted,

                                                  A.J. KRAMER
                                                  FEDERAL PUBLIC DEFENDER

                                                  By:    */s/ Sabrina P. Shroff*

                                                  Sabrina P. Shroff
                                                  Assistant Federal Public Defender
                                                  625 Indiana Avenue, N.W., Suite 550
                                                  Washington, D.C. 20004
                                                  (202) 208-7500