CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

DEMARCO T. ALLGOOD (1), NATHANIEL L. HOLMES (2), and MALIK T. HILL (3)

Civil/Criminal No.: 21cr416(RDM)

## NOTE FROM JURY

We have reached a verdict on counts three and four

Date: 9/20/22
Time: 10:00 a

FOREPERSON